Gerald Hayes
1578806
1697 Fm 980
Huntsville TX 77343

01-09-00437-CR
RE: Pending PDR

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 22 2015
Abel Acosta, Clerk

Court of Criminal Appeals
Court Clerk

I Am Requesting the Court to Take Judical Notice of Petitions/motions/Notices filed before it, in Reference to issues of Abuse of discretion And error by the Court of Appeals First District Houston. These issues pertain to Appellate pro se Counsel Removal by COA, objections to Appointment of New Counsel - FRANKLIN BYNUM And is Repeated ineffective Representation. As Noted, All these objections And petitions were filed prior to the Anders brief And COA Affirming Conviction, Although this Court Refused to Review or Address Claims And concerns of violations of Due process of Law.

I Am currently indigent And have No Access to Copy machine but will provide orginial if Not in your File-docket but Request Return. I Appreciate your Assistance in this matter.

Respectfully

Gerald Hayes

May 12 2015



SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CATHY COCHRAN
ELSA ALCALA
JUDGES

## COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

ABEL ACOSTA
CLERK
512-463-1551

SIAN R. SCHILHAB
GENERAL COUNSEL
512-463-1597

August 7, 2013

Gerald Hayes
Ellis Unit – TDC# 1578806
1697 FM 980
Huntsville, TX  77343

RE:  01-09-00437-CR

Dear Mr. Hayes,

The Court of Criminal Appeals is in receipt of your "Petitioner's Request for Injunctive Relief" regarding the above stated case number.

After a thorough search of our records, we find that you do not have any proceedings before the Court of Criminal Appeals at this time.  It appears that this case is still pending in the 1st Court of Appeals and an opinion has not yet been issued.  We suggest that you contact them for more information.

Your correspondence is being returned for your convenience.

Sincerely,

Abel Acosta
Clerk

AA/wp